UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, and<br>MIKE HOWELL,<br><br>      Plaintiffs,<br><br>    v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>      Defendant. | Case No. 24-cv-01004-SLS |

**JOINT STATUS REPORT**

    Pursuant to the Court's January 30, 2025, Minute Order, Plaintiffs Heritage Foundation and Mike Howell ("Plaintiffs") and Defendant U.S. Securities and Exchange Commission ("SEC"), through undersigned counsel, respectively submit this joint status report concerning this Freedom of Information Act ("FOIA") litigation.  In the last status report, the parties advised the Court that the SEC agreed to process a total of approximately 2,665 pages of records, with at least 500 pages to be processed each month.  Pursuant to this agreement, beginning in December 2024, the SEC's Office of FOIA Services ("OFS") has made three releases, one each month, and is on track to make a fourth release today, March 31, 2025.  The OFS anticipates making one more release in April 2025.  Following completion of these releases, and once Plaintiffs have had a chance to review the records in the releases, the parties will confer about next steps in this litigation and whether dispositive motions will be necessary.  The parties propose that they provide a further status report to the Court on or before May 30, 2025, at which time they can report on the status of this litigation.

Dated: March 31, 2025

/s/ *Samuel Everett Dewey*
SAMUEL EVERETT DEWEY
D.C. Bar No. 999979
Chambers of Samuel Everett Dewey, LLC
Telephone: (703) 261-4194
Email: samueledewey@sedchambers.com

MAX TAYLOR MATHEU
D.C. Bar No. 90019809
Telephone: (727) 249-5254
Email: maxmatheu@outlook.com

*Counsel for Plaintiffs*

Respectfully submitted,

/s/ *Michael S. Bailey*
MICHAEL S. BAILEY
Office of the General Counsel
U.S. Securities and Exchange Commission
D.C. Bar No. 983676
100 F Street, NE
Washington, DC  20549-9612
Telephone: (202) 551-7428
Facsimile: (202) 772-9263
Email: BaileyM@sec.gov

*Counsel for Defendant U.S. Securities and Exchange Commission*