UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, and MIKE HOWELL, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. SECURITIES AND EXCHANGE COMMISSION, <br><br> Defendant. | Case No. 24-cv-01004-SLS |

**JOINT STATUS REPORT**

Pursuant to the Court's April 1, 2025, Minute Order, Plaintiffs Heritage Foundation and Mike Howell ("Plaintiffs") and Defendant U.S. Securities and Exchange Commission ("SEC"), through undersigned counsel, respectively submit this joint status report concerning this Freedom of Information Act ("FOIA") litigation.  In the last status report (Dkt. 11), the parties advised the Court that consistent with their agreement, the SEC had made three releases of records to Plaintiffs in this matter and was on track to make two more releases.  As promised, the SEC made those releases on March 31, 2025, and April 30, 2025.  The SEC also owes Plaintiffs a log that will provide some information about withheld intra- or inter-governmental emails where the substance of an email is exempt from release.[1]  The SEC is working on this log and is aiming to produce it sometime in the next few weeks.  After the SEC produces this log, the parties will confer about next steps in this litigation and whether dispositive motions will be necessary.  The parties propose that they provide a further status report to the Court on or before August 1, 2025, at which time they can report on the status of this litigation.

---

[1] The parties agreed that the SEC could withhold entire documents that fell within this category, as long as the SEC produced a log so that Plaintiffs have some information about the withheld documents.

| | |
|---|---|
| Dated: June 2, 2025 | Respectfully submitted, |
| /s/ *Samuel Everett Dewey* <br> SAMUEL EVERETT DEWEY <br> D.C. Bar No. 999979 <br> Chambers of Samuel Everett Dewey, LLC <br> Telephone: (703) 261-4194 <br> Email: samueledewey@sedchambers.com <br><br> MAX TAYLOR MATHEU <br> D.C. Bar No. 90019809 <br> Telephone: (727) 249-5254 <br> Email: maxmatheu@outlook.com <br><br> *Counsel for Plaintiffs* | /s/ *Michael S. Bailey* <br> MICHAEL S. BAILEY <br> Office of the General Counsel <br> U.S. Securities and Exchange Commission <br> D.C. Bar No. 983676 <br> 100 F Street, NE <br> Washington, DC  20549-9612 <br> Telephone: (202) 551-7428 <br> Facsimile: (202) 772-9263 <br> Email: BaileyM@sec.gov <br><br> *Counsel for Defendant U.S. Securities and Exchange Commission* |